```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                         :
                                                 :
    -against-                                 :
                                                 :    19-CR-808 (VEC)
                                                 :
SEKHOU TOURE,                                    :    ORDER
                                                 :
                                      Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 4, 2020, the parties requested a video change-of-plea hearing with this Court;

       IT IS HEREBY ORDERED THAT a hearing will be held on **May 6, 2020 at 2:00 p.m.** The parties must appear for the hearing by calling (917) 933-2166, using the conference ID 969934842.  A link to appear via video will be sent directly to counsel.

       IT IS FURTHER ORDERED THAT the Government must send a copy of the plea agreement to the Court by May 5, 2020.

**SO ORDERED.**

**Dated: May 4, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**