USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:
-against- :
: 19-CR-808 (VEC)
:
SEKHOU TOURE, : ORDER
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 6, 2020, the parties appeared for a change of plea hearing via video conference;

WHEREAS at the May 6, 2020 hearing, Defendant Toure entered a guilty plea;

IT IS HEREBY ORDERED that: Defendant's sentencing will be held on **August 17, 2020 at 2:00 p.m**. Sentencing submissions are due by **August 3, 2020.**


**SO ORDERED.**

Dated: May 6, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**