```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
          -against-                                          :
                                                             :       19-CR-808 (VEC)
                                                             :
  SEKHOU TOURE,                                              :       ORDER
                                                             :
                                 Defendant.                  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Toure's sentencing is currently scheduled for August 17, 2020;

IT IS HEREBY ORDERED that: Due to the COVID-19 pandemic, Defendant's sentencing is adjourned to **September 3, 2020 at 2:30 p.m**.  Sentencing submissions are due by **August 20, 2020.**

**SO ORDERED.**

**Dated: July 30, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**