```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA        :
                                                 :
        -against-                     :
                                               :        19-CR-808 (VEC)
                                               :
  SEKHOU TOURE,                  :        ORDER
                                               :
                   Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Toure's sentencing is currently scheduled for **September 3, 2020 at 2:30**;

      IT IS HEREBY ORDERED: The sentencing will take place in **Courtroom 518** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Members of the public may appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0808.

**SO ORDERED.**

**Dated: August 31, 2020**
        **New York, NY**

                                                                _____
                                                                **VALERIE CAPRONI**
                                                                **United States District Judge**