UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

UNITED STATES OF AMERICA,

v.

SEKHOU TOURE

No. 19-cr-00808-VEC-2

~~[PROPOSED]~~ ORDER

SEKHOU TOURE, the Defendant, by his attorneys, having requested an order directing the Pretrial Services Office to return his passport, it is hereby

ORDERED, that the application of SEKHOU TOURE is granted, and it is further,

ORDERED, that the Pretrial Services Office shall return to SEKHOU TOURE his passport to him or his attorneys upon presentation of this Order.

Dated: New York, New York
      December 9 , 2020

_____
Hon. Valerie E. Caproni
United States District Judge