USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA          :
                                               :
            -against-                   :
                                               :                    19-CR-808 (VEC)
                                               :
  SEKHOU TOURE,                       :                        ORDER
                                               :
                   Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Probation provided the Court with a non-compliance report regarding Mr. Toure on July 23, 2025.

       IT IS HEREBY ORDERED that the parties must appear for a status conference on **July 30, 2025** at **10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated: July 29, 2025
      New York, NY

                                                                          **VALERIE CAPRONI**
                                                                    **United States District Judge**