```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :
        -against-                 :
                                  :      19-CR-808 (VEC)
                                  :
SEKHOU TOURE,                     :      ORDER
                                  :
                    Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Probation provided the Court with a non-compliance report regarding Mr. Toure on July 23, 2025; and

WHEREAS the parties are scheduled to appear for a status conference on July 30, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that the conference is ADJOURNED to **July 30, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: July 29, 2025**
    **New York, NY**

                                                _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**