```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA            :

          -against-                      :        19-CR-808 (VEC)

   SEKHOU TOURE,                     :        <u>ORDER</u>

                 Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Probation provided the Court with a non-compliance report regarding Mr. Toure on July 23, 2025;

      WHEREAS the parties appeared for a status conference on July 30, 2025; and

      WHEREAS the Court appointed Mr. de Castro as counsel to Mr. Toure pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

      IT IS HEREBY ORDERED that defense counsel must submit a letter by no later than August 22, 2025 that explains why Mr. Toure has not completed his required community service hours and his progress towards completion.

**SO ORDERED.**

**Dated: July 30, 2025**
      **New York, NY**

                                                                _____
                                                                **VALERIE CAPRONI**
                                                              **United States District Judge**